```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|  |  |  |
|---|---|---|
| MALIK DERRY, | : | |
| | : | No. 18-cv-16216 (NLH) |
| Petitioner, | : | |
| | : | |
| v. | : | MEMORANDUM OPINION |
| | : | |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Respondent. | : | |

It appearing that:

1. <u>Pro se</u> Petitioner Malik Derry, a prisoner confined at the United States Penitentiary at Lee in Jonesville, Virginia, seeks to file a motion to vacate pursuant 28 U.S.C. § 2255. ECF No. 1.

2. Local Civil Rule 81.2 provides:

> Unless prepared by counsel, . . . motions under 28 U.S.C. §2255 shall be in writing (legibly handwritten in ink or typewritten), signed by the petitioner or movant, on forms supplied by the Clerk.

L. Civ. R. 81.2(a).

3. Petitioner did not use the required form supplied by the Clerk for § 2255 motions, i.e., AO243 (modified): DNJ-Habeas-004 (Rev. 01-2014). In addition, the Court notes that the Petitioner failed to sign the motion, as he is required to do under penalty of perjury.

4. As a result, the Court will administratively terminate this matter. If Petitioner wishes to reopen this case, within 30 days, he must submit a complete, signed motion on the correct form. The Court will direct the Clerk of Court to provide Petitioner with the correct form to use in any future filing.

5. An appropriate order follows.


Dated: December 4, 2018                    s/ Noel L. Hillman
At Camden, New Jersey                     NOEL L. HILLMAN, U.S.D.J.